No. 15,645.

Estate of Frantz.

State of Colorado v. Frantz, Administrator.
(183 P. [2d] 994)

Decided August 11, 1947.

Per Curiam.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Alter and Mr. Justice Luxford, participating.

Mr. H. Lawrence Hinkley, Attorney General, Mr. Duke W. Dunbar, Deputy, Mr. Jack L. Graham, Assistant, for the state.

Mr. Lewis M. Poe, for defendant in error.